JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN BROSNAN, ) | Case No. CV 08-2916-SJO (MLG) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| THE HAPPY ENDING BAR, JOSHUA ) STONE, DOES 1-10, ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: 5/27/08

_____
S. James Otero
United States District Judge